IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE KENNETH DAVIS,

      Plaintiff,                      No. CIV S-06-1342 MCE PAN P

    vs.

N. GRANNIS, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

In this case, all of the defendants except one[1] are located and the claim arose at Pelican Bay State Prison, Crescent City, California, which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This court has not ruled on plaintiff's request to stay the proceedings in Davis v. Guirbind, CIV S-05-0940 GPS (MAN) (C.D. Cal.); and

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: July 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
davi1342.21a

---

[1] Plaintiff names N. Grannis, Chief Appeals Officer, located in Sacramento. However, plaintiff's claims against defendant Grannis revolve around plaintiff's administrative appeals.

2